UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATHLEEN ANN BLANC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>POCATELLO WOMEN'S CORRECTIONAL CENTER, FELICIA FUNK, WARDEN BRIAN UNDERWOOD, KORIN ASHBY, and BETH CRONIN,<br><br>　　　　　Defendants. | Case No. 4:09-CV-00121-BLW<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Dismiss. (Dkt. 121.) Plaintiff asserts that, notwithstanding the fact that she was granted extensions of time and was notified that the Court could issue subpoenas for her, she disagrees with the Court's earlier decisions not permitting her to proceed with some of her claims and "has further concluded" that to continue her suit under the current circumstances is "pointless." (*Id.*) The Court will grant Plaintiff's Motion to Dismiss and dismiss her case without prejudice.[1] As a result, all other pending motions will be deemed moot.

**ORDER**

---

[1] While this case will be dismissed without prejudice, the Plaintiff is cautioned that any new suit may be subject to a possible statute of limitations defense.

ORDER - 1

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (Dkt. 121) is GRANTED. This case is DISMISSED without prejudice.

2. Defendants' Motion to Strike (Dkt. 117) is MOOT.

3. Plaintiff's Motion for Extension of Time to Complete Discovery (Dkt. 115) is MOOT.

4. Defendants' Motion for Summary Judgment (Dkt. 63) is MOOT.

DATED: **March 13, 2012**

Honorable B. Lynn Winmill
Chief U. S. District Judge